HOMER P. HAND, Appellant and Respondent, v. HENRY B. BOLAND et al., Individually and as Copartners Doing Business as H. B. BOLAND & COMPANY, Respondents and Appellants.

Argued June 9, 1943; decided October 14, 1943.

*John T. Trimble* for defendants, appellants and respondents.
*Noah Feldman* for plaintiff, respondent and appellant.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.